proof of a different element from possession with intent to use.

I would grant the petition for certiorari and set the case for oral argument.

No. 73–6494. JACKSON *v.* NORTON-CHILDREN'S HOSPITAL, INC., ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari denied.

No. 72–887. AMERICAN PARTY OF TEXAS ET AL. *v.* WHITE, SECRETARY OF STATE OF TEXAS, 415 U. S. 767;

No. 72–1410. EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* JORDAN, 415 U. S. 651;

No. 73–1032. SLUTSKY ET AL., DBA "THE NEVELE" *v.* UNITED STATES, *ante,* p. 937;

No. 73–1063. HANNERS *v.* UNITED STATES, *ante,* p. 951;

No. 73–6084. NORTHERN *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL., *ante,* p. 943;

No. 73–6119. SAYLES *v.* SIRICA, U. S. DISTRICT JUDGE, 415 U. S. 988;

No. 73–6231. SMILGUS *v.* KENT, JUDGE, *ante,* p. 908;

No. 73–6252. JIMENEZ *v.* UNITED STATES, *ante,* p. 916; and.

No. 73–6327. WALLACE ET VIR *v.* SCHULIMSON, DIRECTOR, DIVISION OF WELFARE OF MISSOURI, ET AL., *ante,* p. 945. Petitions for rehearing denied.

No. 73–809. ROSSI ET AL. *v.* UNITED STATES, 415 U. S. 994. Motion for leave to file petition for rehearing denied.